# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. HUFF,<br><br>              Petitioner,<br><br>     v.<br><br>THOMAS L. CAREY,<br><br>              Respondent. | 1:07-cv-01746 AWI SMS (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION, AND GRANTING PETITIONER THIRTY DAYS TO FILE SECOND AMENDED PETITION PURSUANT TO COURT'S ORDER OF FEBRUARY 26, 2008<br><br>[Doc. 10] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on November 7, 2007, in the United States District Court for the Northern District of California. By order of November 14, 2007, the action was transferred to this Court, and filed on December 3, 2007. (Court Doc. 1.) On January 4, 2008, the Court dismissed the petition, with leave to amend. (Court Doc. 6.) Petitioner filed an amended petition on February 7, 2008. (Court Doc. 7.) On February 26, 2008, the Court dismissed the amended petition and directed Petitioner to file a second amended petition within thirty days from the date of service. (Court Doc. 8.) Petitioner failed to respond to the Court's order. Therefore, on April 16, 2008, the Court issued a recommendation to dismiss the action for failure to comply with a court order. (Court Doc. 10.) On May 20, 2008, Petitioner filed objections to the recommendation. (Court Doc. 11.)

    In his objections, Petitioner indicates that he did not receive a copy of the Court's

February 26, 2008, because he was transferred from Solano State Prison to the Merced County jail, and was not returned for a period of "56" days. (Objections, at 1-2.) Based on a showing of good cause, the recommendation for dismissal will be vacated and Petitioner will be granted thirty days to comply with the Court's February 26, 2008, order.

     Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendation issued April 16, 2008, is VACATED;

2. Petitioner is granted **thirty (30)** days from the date of service of this order to file a second amended petition pursuant to the Court's February 26, 2008, order (Court Doc. 8); and,

3. The failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   May 31, 2008**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE